# EXHIBIT A – CONSENT FORMS

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

JAMES ROBERT CARSON
Print Name Clearly

*James Robert Carson*
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

ANTHONY B. CASTILLO
Print Name Clearly

_____
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

HEYWOOD CHANG
Print Name Clearly

_[signature]_
Signature


## Consent to Become Plaintiff
### In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

KEITH DOUGLASS
Print Name Clearly

*[signature]*
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

*Timothy P. Freeman*
Print Name Clearly

*[signature]*
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

_____PAUL A. GAMEZ_____
Print Name Clearly

_____[signature]_____
Signature

## Consent to Become Plaintiff
### In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

L Scott Gribbons
Print Name Clearly

*[signature]*
Signature

## Consent to Become Plaintiff
### In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

_Thomas Allen Johnson_
Print Name Clearly

_/s/ Thomas Allen Johnson_
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

GERARD V. JOYA
Print Name Clearly

_____
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

ERICK LAURIDSEN
Print Name Clearly

_____
Signature

## Consent to Become Plaintiff
## <u>In a Wage and Hour Overtime Lawsuit</u>

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

_CHRIS LEWIS_
Print Name Clearly

_[signature]_
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

_____TOBI L. PERKINS_____
Print Name Clearly

_____[signature]_____
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

_____Todd P. Porter_____
Print Name Clearly

_____[signature]_____
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

COLIN SMITH
_____
Print Name Clearly

*/s/ Colin Smith*
_____
Signature

## Consent to Become Plaintiff
### In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

_Brent Anthony Spanlroy_
Print Name Clearly

_[signature]_
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

_Michael Tobey_
Print Name Clearly

_/s/ Michael Tobey_
Signature

## Consent to Become Plaintiff
## In a Wage and Hour Overtime Lawsuit

I hereby consent to be a party plaintiff in a lawsuit under the Fair Labor Standards Act concerning my employment with the City of Los Angeles to recover unpaid overtime compensation and other relief.

_MARY JO ZATYNA_
Print Name Clearly

_Maryjo Zahyn_
Signature