1   Brian P. Walter, Bar No. 171429
    bwalter@lcwlegal.com
2   Elizabeth T. Arce, Bar No. 216687
    earce@lcwlegal.com
3   Joshua A. Goodman, Bar No. 293816
    jgoodman@lcwlegal.com
4   LIEBERT CASSIDY WHITMORE
    A Professional Law Corporation
5   6033 West Century Boulevard, 5th Floor
    Los Angeles, California 90045
6   Telephone:  310.981.2000
    Facsimile:   310.337.0837
7
8   Michael N. Feuer, City Attorney, Bar No. 111529
    Wayne H. Song, Managing Assistant City Attorney, Bar No. 185473
9   LOS ANGELES CITY ATTORNEY'S OFFICE
    200 North Main Street, Room 700, City Hall East
10  Los Angeles, CA  90012-4131
    Telephone: (213) 978-8286
11  Facsimile: (213) 978-8216

12  Attorneys for Defendant
    CITY OF LOS ANGELES

13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15

16  | JAMES CARSON, et al., | Case No.:  CV15-07057 JFW (KLSx) |
    | | |
17  | Plaintiffs, | Complaint Filed: September 4, 2015 |
    | | **DEFENDANT CITY OF LOS** |
18  | v. | **ANGELES' STATEMENT OF** |
    | | **UNCONTROVERTED FACTS AND** |
19  | CITY OF LOS ANGELES, | **CONCLUSIONS OF LAW IN** |
    | | **SUPPORT OF MOTION FOR** |
20  | Defendant. | **SUMMARY JUDGMENT, OR IN THE** |
    | | **ALTERNATIVE, PARTIAL** |
21  | | **SUMMARY JUDGMENT** |
    | | |
22  | | Date:            September 19, 2016 |
    | | Time:            1:30 p.m. |
23  | | Courtroom:  Courtroom 16 |
    | | |
24  | | Trial Date:  October 18, 2016 |
    | | Final Pre-Trial Conf.:  October 7, 2016 |
25

26

27

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

TO THE COURT, PLAINTIFFS HEREIN AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 56-1, Defendant City of Los Angeles ("City" or "Defendant") hereby submits its Separate Statement of Uncontroverted Facts and Conclusions of Law in support of its Motion for Summary Judgment, Or in the Alternative, Partial Summary Judgment, against Plaintiffs:

| **UNCONTROVERTED FACT** | **SUPPORTING EVIDENCE** |
|---|---|
| 1.    The City of Los Angeles covers a total of 503 square miles. | 1.    Declaration of Joseph Everett ("Everett Decl."), attached to City's Appendix, ¶ 3. |
| 2.    In order to provide fire and emergency medical services to the City, the City of Los Angeles' Fire Department ("LAFD") is divided into fourteen (14) battalions. | 2.    Everett Decl., attached to City's Appendix, ¶ 3. |
| 3.    Each LAFD battalion has between six (6) to eleven (11) fire stations. | 3.    Everett Decl., attached to City's Appendix, ¶ 3. |
| 4.    The majority of LAFD battalions have seven (7) or eight (8) fire stations. | 4.    Everett Decl., attached to City's Appendix, ¶ 3. |
| 5.    Each LAFD battalion covers anywhere from 16 to 71 square miles. | 5.    Everett Decl., attached to City's Appendix, ¶ 3. |
| 6.    There is an EMS Captain responsible for each LAFD battalion at all times. | 6.    Deposition of Kevin Nida ("Nida Dep."), attached as **Exhibit 18** to City's Appendix at 65:21-24; Declaration of Kevin Nida ("Nida Decl."), attached to City's Appendix, ¶ 3; Everett Decl., attached to City's Appendix, ¶ 3. |

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 7.      There are two types of EMS Captains who work in the LAFD: (1) those that work a 24-hour shift; and (2) those that work a 10-hour shift | 7.      Nida Dep., attached as **Exhibit 18** to City's Appendix at 38:3-5. |
| 8.      The 10-hour EMS Captains work four days per week, between Monday and Friday, from approximately 6:00 a.m. to 4:00 p.m. | 8.      Nida Decl., attached to City's Appendix, ¶ 4. |
| 9.      Of the fourteen LAFD battalions in the City, seven are staffed with EMS Captains that work 24-hour shifts, and seven are staffed with EMS Captains that work 10-hour shifts | 9.      Everett Decl., attached to City's Appendix, ¶ 5. |
| 10.      When the 10-hour EMS Captains' shifts end at 4:00 p.m., the seven 24-hour EMS Captains remain on duty (for the last 14 hours of each shift). | 10.      Everett Decl., attached to City's Appendix, ¶ 5. |
| 11.      During those fourteen hours, when the 10-hour EMS Captains are off duty, a 24-hour EMS Captain is responsible for the management, supervision and oversight of his/her assigned battalion as well as the designated partner battalion. | 11.      Everett Decl., attached to City's Appendix, ¶ 5. |
| 12.      One EMS Captain is responsible for covering the entirety of two battalions for the 24-hour period of his/her shift during the three days of the week where there is no 10-hour EMS Captain on duty at the partner battalion. | 12.      Everett Decl., attached to City's Appendix, ¶ 5. |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

CITY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 13.     When the battalions are paired for purposes of 24-hour EMS Captain oversight, the combined battalions cover anywhere from 41 to 115 square miles. | 13.     Everett Decl., attached to City's Appendix, ¶ 5. |
| 14.     The reason there is an EMS Captain responsible for each battalion at all times is because EMS Captains are charged with managing, supervising and overseeing the City's emergency medical services which includes the medical component of emergency response calls within the City | 14.     Nida Dep., attached as **Exhibit 18** to City's Appendix at 65:21-24; Everett Decl., attached to City's Appendix, ¶ 3;Nida Decl., attached to City's Appendix, ¶ 3. |
| 15.     EMS Captains are considered the final medical authority in their respective battalions. | 15.     Deposition of Colin Smith ("Smith Dep."), attached as **Exhibit 22** to City's Appendix at 69:3-70:12; Deposition of Thomas Johnson ("Johnson Dep."), attached as **Exhibit 21** to City's Appendix at 29:18-25; Deposition of Todd Porter ("Porter Dep."), attached as **Exhibit 20** to City's Appendix at 92:25-93:6; Nida Dep., attached as **Exhibit 18** to City's Appendix at 65:14-24; Nida Decl., attached to City's Appendix, ¶ 3. |
| 16.     EMS Captains participate in committees at the County level where they provide input on developing and updating EMS policies and procedures. | 16.     Nida Decl., attached to City's Appendix, ¶ 20 and **Exhibit 17** thereto . |
| 17.     EMS Captains generally operate with little oversight from their battalion chiefs. | 17.     Deposition of Christopher Lewis ("Lewis Dep."), attached as **Exhibit 24** to City's Appendix at 139:21-25, 140:17-142:14; Smith Dep., attached as **Exhibit 22** to City's Appendix at 71:11-72:2; Johnson |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| | Dep., attached as **Exhibit 21** to City's Appendix at 87:2-21, 88:18-89:6; Porter Dep., attached as **Exhibit 20** to City's Appendix at 126:20-22. |
| 18.     In a typical shift, EMS Captains do not communicate with the battalion chief more than once, and when they do communicate, conversations are often very brief (less than two minutes) and include discussion of non-work related matters. | 18.     Porter Dep., attached as **Exhibit 20** to City's Appendix at 126:20-22; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 87:2-4; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 136:13-20. |
| 19.     Battalion Chiefs rely on and trust EMS Captains to independently carry out their duties and make good decisions. | 19.     Lewis Dep., attached as **Exhibit 24** to City's Appendix at 140:21-141:3. |
| 20.     Battalion chiefs and other members of the LAFD rarely overrule the decisions of EMS Captains and the recommendations of EMS Captains are given particular weight | 20.     Lewis Dep., attached as **Exhibit 24** to City's Appendix at 132:22-133:7, 142:2-4; Deposition of Haywood Chang ("Chang Dep."), attached as **Exhibit 23** to City's Appendix at 94:11-18, 118:14-19, 129:5-8, 135:22-136:9; Smith Dep., attached as **Exhibit 22** to City's Appendix at 70:19-71:3. |
| 21.     In their performance evaluations, EMS Captains are evaluated on their supervisory skills. | 21.     Nida Decl., attached to City's Appendix, ¶ 3. |
| 22.     Battalion Chiefs have commented on and praised the supervisory skills and abilities of EMS Captains. | 22.     Nida Decl., attached to City's Appendix, ¶ 3 and **Exhibits 9, 10** thereto. |
| 23.     The job duties of EMS Captains are set forth in the EMS Captain job description. | 23.     Chang Dep., attached as **Exhibit 23** to City's Appendix at 153:21-154:5; Smith Dep., attached as **Exhibit 22** to City's Appendix at 75:10-76:6; Nida Decl., |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| | attached to City's Appendix, ¶ 12. |
| 24.     EMS Captains are expected to perform any duty contained in the job description. | 24.     Lewis Dep., attached as **Exhibit 24** to City's Appendix at 67:16-68:8; Nida Decl., attached to City's Appendix, ¶ 12. |
| 25.     EMS Captains are tasked with overseeing and carrying out the policies and procedures contained in the City's EMS Manual. | 25.     Nida Dep., attached as **Exhibit 18** to City's Appendix at 95:6-11, 96:18-21; Nida Decl., attached to City's Appendix, ¶¶ 12, 17 and **Exhibit 11** thereto. |
| 26.     EMS Captains earn a salary of at least $100,000 annually. | 26.     Chang Dep., attached as **Exhibit 23** to City's Appendix at 61:6-14; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 75:21-76:2; Nida Decl., attached to City's Appendix, ¶ 21. |
| 27.     EMS Captains earn a higher salary than non-EMS Captains because of their role as the final medical authority in their respective battalions. | 27.     Nida Decl., attached to City's Appendix, ¶ 21. |
| 28.     EMS Captains oversee, manage, and supervise the medical component of emergency response calls to ensure compliance with policies, procedures, rules, and regulations. | 28.     Lewis Dep., attached as **Exhibit 24** to City's Appendix at 102:12-16; Nida Dep., attached as **Exhibit 18** to City's Appendix at 52:5-8, 52:16-17, 54:17-20, 78:10-11, 92:14-18, 176:17-22; Chang Dep., attached as **Exhibit 23** to City's Appendix at 171:19-172:5; Porter Dep., attached as **Exhibit 20** to City's Appendix at 112:4-16, 141:3-17; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 30:1-25, 33:24-34:14, 74:12-22. |
| 29.     The EMS Captain position was created to supervise, evaluate and train department members engaged in EMS. | 29.     Nida Dep., attached as **Exhibit 18** to City's Appendix at 90:14-16, 162:17-22; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 33:24-35:3; Chang Dep., attached as **Exhibit 23** to City's Appendix at 134:22-136:9; Porter Dep., attached as |

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| | **Exhibit 20** to City's Appendix at 77:19-23; Smith Dep., attached as **Exhibit 22** to City's Appendix at 56:16-58:5. |
| 30.    If paramedics have questions related to the medical component of a call, they seek guidance from the EMS Captain. | 30.    Porter Dep., attached as **Exhibit 20** to City's Appendix at 91:19-23; Smith Dep., attached as **Exhibit 22** to City's Appendix at 58:12-14, 50:6-12; Chang Dep., attached as **Exhibit 23** to City's Appendix at 77:22-79:1; Smith Dep., attached as **Exhibit 22** to City's Appendix at 58:12-25. |
| 31.    Paramedics seek advice from EMS Captains on a daily basis. | 31.    Smith Dep., attached as **Exhibit 22** to City's Appendix at 58:22-59:3. |
| 32.    LAFD expects that EMS Captains will often be the highest ranking medical authority on scene in order to supervise the medical component of an incident. | 32.    Smith Dep., attached as **Exhibit 22** to City's Appendix at 69:3-70:12; Nida Dep., attached as **Exhibit 18** to City's Appendix at 65:14-24; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 29:18-25; Porter Dep., attached as **Exhibit 20** to City's Appendix at 92:25-93:6. |
| 33.    Any time the Incident Commander at a scene is not a paramedic, he or she relies on the EMS Captain, as the highest ranking medical authority on scene, for guidance and insight on the medical aspect of emergency calls. | 33.    Chang Dep., attached as **Exhibit 23** to City's Appendix at 78:15-79:13; Porter Dep., attached as **Exhibit 20** to City's Appendix at 92:25-93:4; Nida Decl., attached to City's Appendix, ¶ 3. |
| 34.    Sworn members of the LAFD are required to have certification as an Emergency Medical Technician (EMT) | 34.    Nida Decl., attached to City's Appendix, ¶ 3. |
| 35.    Approximately one-third of the LAFD's members are licensed as Paramedics. | 35.    Nida Decl., attached to City's Appendix, ¶ 3. |
| 36.    The difference between the two positions is that EMTs are | 36.    Nida Decl., attached to City's Appendix, ¶ 3. |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

7861857.2 LO160-077

CITY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| certified to provide basic life support (BLS) and paramedics are certified to provide advanced life support (ALS). | |
| 37.     Because not all sworn members of the LAFD have a paramedic license, not all Incident Commanders are paramedics. | 37.     Nida Decl., attached to City's Appendix, ¶ 3. |
| 38.     Without the EMS Captains, the LAFD would not be able to maintain the expected standard of patient care. | 38.     Nida Decl., attached to City's Appendix, ¶ 3. |
| 39.     EMS Captains utilize their judgment to determine whether a particular incident is "clear." | 39.     Chang Dep., attached as **Exhibit 23** to City's Appendix at 79:14-23. |
| 40.     EMS Captains direct personnel and problem solve when on scene. | 40.     Lewis Dep., attached as **Exhibit 24** to City's Appendix at 102:12-16, 111:24-112:25; Nida Dep., attached as **Exhibit 18** to City's Appendix at 52:5-8, 52:16-17, 54:17-20, 78:10-11, 92:14-18, 176:17-22; Chang Dep., attached as **Exhibit 23** to City's Appendix at 117:24-118:19 171:19-172:5; Porter Dep., attached as **Exhibit 20** to City's Appendix at 112:4-16, 141:3-17; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 30:1-25, 33:24-34:14, 74:12-22; Nida Decl., attached to City's Appendix, ¶¶ 9, 14. |
| 41.     At the scene of an emergency response, EMS Captains are the "medical group supervisor" and their role is to synthesize information from paramedics, rescue units, and ambulances. | 41.     Chang Dep., attached as **Exhibit 23** to City's Appendix at 83:6-17. |

CITY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 42.   In their capacity as medical group supervisor, EMS Captains "manage or oversee" the group they are assigned to, and ensure that "patient care…gets done in a timely manner." | 42.   Chang Dep., attached as **Exhibit 23** to City's Appendix at 115:5-116:10; Nida Dep., attached as **Exhibit 18** to City's Appendix at 54:3-55:11. |
| 43.   EMS Captains oversee patient care to ensure that the expected standard of care is followed. | 43.   Chang Dep., attached as **Exhibit 23** to City's Appendix at 116:7-10; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 80:9-19, 81:4-7; Smith Dep., attached as **Exhibit 22** to City's Appendix at 83:25-84:5; Nida Dep., attached as **Exhibit 18** to City's Appendix at 76:15-23, 90:6-91:1. |
| 44.   EMS Captains do not make base contact with or transport patients to the hospital. | 44.   Nida Dep., attached as **Exhibit 18** to City's Appendix at 62:7-8; Porter Dep., attached as **Exhibit 20** to City's Appendix at 61:21-25; 103:11-16; Nida Decl., attached to City's Appendix, ¶ 7. |
| 45.   If an EMS Captain observes a paramedic providing inadequate care or hurting a patient, he/she will intervene and make sure the patient receives adequate care. | 45.   Chang Dep., attached as **Exhibit 23** to City's Appendix at 115:5-116:10, 116:11-23; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 80:9-19, 81:4-7, 111:4-14; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 30:1-15; Nida Dep., attached as **Exhibit 18** to City's Appendix at 54:3-55:11, 76:15-23, 90:6-91:1; Smith Dep., attached as **Exhibit 22** to City's Appendix at 83:25-84:5. |
| 46.   EMS Captains conduct concurrent field audits of paramedics to ensure that they are administering patient care according to the City's policies and procedures, and evaluate whether there are any policy violations. | 46.   Chang Dep., attached as **Exhibit 23** to City's Appendix at 116:24-117:8, 172:18-25; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 104:11-17; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 34:11-14; Porter Dep., attached as **Exhibit 20** to City's Appendix at 141:3-17; Nida Decl., attached to City's |

CITY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
|  | Appendix, ¶ 12 and **Exhibit 11** thereto. |
| 47.   EMS Captains can and do give direct orders to paramedics, and it would be considered insubordination if a paramedic failed to follow an order from an EMS Captain. | 47.   Chang Dep., attached as **Exhibit 23** to City's Appendix at 118:14-25, 120:3-8; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 133:8-19. |
| 48.   Paramedics "never" disregard instruction that EMS Captains provide on scene, even if they do not like the input. | 48.   Lewis Dep., attached as **Exhibit 24** to City's Appendix at 133:4-7; Smith Dep., attached as **Exhibit 22** to City's Appendix at 64:21-65:8. |
| 49.   EMS Captains supervise and are directly responsible for all paramedics providing emergency patient care in the field. | 49.   Nida Dep., attached as **Exhibit 18** to City's Appendix at 54:3-55:11, 76:15-23, 90:6-91:1, 162:17-22; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 33:24-35:3; Chang Dep., attached as **Exhibit 23** to City's Appendix at 77:22-79:1, 115:5-116:10, 134:22-136:9; Porter Dep., attached as **Exhibit 20** to City's Appendix at 77:19-23, 91:19-23; Smith Dep., attached as **Exhibit 22** to City's Appendix at 50:6-12, 56:16-58:5, 58:12-25, 58:22-59:3, 83:25-84:5; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 80:9-19, 81:4-7. |
| 50.   During the period of 2012-2015, the LAFD dispatched rescue ambulances 1,656,353 times on emergency calls. | 50.   Everett Decl., attached to City's Appendix, ¶7 and **Exhibit 1** thereto, ¶ 66. |
| 51.   The LAFD dispatched an EMS Captain 50,581 times, and of those, 28,737 were automatic dispatches and 21,844 were secondary dispatches. | 51.   Everett Decl., attached to City's Appendix, ¶7 and **Exhibit 1** thereto, ¶ 66. |
| 52.   Between 2012-2015, EMS | 52.   Everett Decl., attached to City's |

10

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| **UNCONTROVERTED FACT** | **SUPPORTING EVIDENCE** |
|---|---|
| Captains were automatically dispatched to only 1.73% of the total dispatches of rescue personnel. | Appendix, ¶7 and **Exhibit 1** thereto, ¶ 66. |
| 53.      When automatic and secondary dispatches are combined, the EMS Captains were dispatched to only 3.05% of total rescue dispatches. | 53.      Everett Decl., attached to City's Appendix, ¶7 and **Exhibit 1** thereto, ¶ 66.. |
| 54.      During 2012-2015, an EMS Captain was only automatically dispatched 1 in every 57 times where a rescue apparatus was dispatched and responded 1 in every 32 times when automatic and secondary dispatches are combined. | 54.      Everett Decl., attached to City's Appendix, ¶7 and **Exhibit 1** thereto, ¶ 66. |
| 55.      Between 2012-2015, EMS Captains, on average, were automatically dispatched to one to two calls per day. | 55.      Everett Decl., attached to City's Appendix, ¶7 and **Exhibit 1** thereto, ¶¶ 67-70. |
| 56.      There are shifts when EMS Captains are not dispatched to a single call. | 56.      Smith Dep., attached as **Exhibit 22** to City's Appendix at 45:3-8. |
| 57.      Due to the large area EMS Captains are responsible for, the LAFD does not expect that they will arrive first to emergency calls that they respond to and does not rely on EMS Captains to provide hands-on patient care. | 57.      Nida Decl., attached to City's Appendix, ¶¶ 5, 6. |
| 58.      EMS Captains are required to respond to some calls and may "attach" themselves to a call, meaning that they can use their | 58.      Porter Dep., attached as **Exhibit 20** to City's Appendix at 46:23-47:8; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 115:23-116:5; Chang Dep., attached as |

CITY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| discretion to determine if they should respond to a call. | **Exhibit 23** to City's Appendix at 107:11-17; Nida Decl., attached to City's Appendix, ¶ 9. |
| 59. The number of calls that EMS Captains add themselves to varies from as few zero to six per day. | 59. Lewis Dep., attached as **Exhibit 24** to City's Appendix at 115:17-22; Porter Dep., attached as **Exhibit 20** to City's Appendix at 47:5-8;  Johnson Dep., attached as **Exhibit 21** to City's Appendix at 14:6-9, 14:12-20; Smith Dep., attached as **Exhibit 22** to City's Appendix at 46:14-19; Nida Dep., attached as **Exhibit 18** to City's Appendix at 53:13-17. |
| 60. EMS Captains add themselves to calls in order to supervise paramedics, make sure they are administering proper patient care, and to restock narcotics. | 60. Nida Dep., attached as **Exhibit 18** to City's Appendix at 111:11-19. |
| 61. No Captains at the LAFD other than EMS Captains have discretion to add themselves to calls. | 61. Nida Decl., attached to City's Appendix, ¶ 9. |
| 62. Regardless of how they respond, EMS Captains are frequently not the first to arrive on scene. | 62. Lewis Dep., attached as **Exhibit 24** to City's Appendix at 160:13-15. |
| 63. It is unrealistic that EMS Captains will be the first LAFD personnel on the scene, and very often, they are the last LAFD personnel to arrive on scene. | 63. Lewis Dep., attached as **Exhibit 24** to City's Appendix at 101:10-14, 160:5-11. |
| 64. Sometimes EMS Captains do not ever make it to a scene that they were dispatched to, as their response is cancelled or discontinued before they ever arrive on scene. | 64. Chang Dep., attached as **Exhibit 23** to City's Appendix at 178:17-19; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 101:15-18; Porter Dep., attached as **Exhibit 20** to City's Appendix at 114:12-18. |

CITY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 65.    EMS Captains often have a long response time before arriving on scene because they could be travelling from one side of the battalion to the other. | 65.    Lewis Dep., attached as **Exhibit 24** to City's Appendix at 36:8-14. |
| 66.    It is not uncommon that when EMS Captains do finally arrive on scene, it is evident that their presence is not actually needed because the call is completed. | 66.    Chang Dep., attached as **Exhibit 23** to City's Appendix at 178:13-16; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 158:8-11. |
| 67.    While on duty, EMS Captains drive either a Suburban or a Crown Victoria, which do not carry the same equipment as a rescue ambulance. | 67.    Nida Dep., attached as **Exhibit 18** to City's Appendix at 61:1-4; Smith Dep., attached as **Exhibit 22** to City's Appendix at 87:1-4; Chang Dep., attached as **Exhibit 23** to City's Appendix at 103:21-104:2; Porter Dep., attached as **Exhibit 20** to City's Appendix at 157:24-158:4. |
| 68.    EMS Captains typically do not have any other LAFD personnel in their vehicle and respond to calls on their own. | 68.    Nida Decl., attached to City's Appendix, ¶ 11. |
| 69.    Rescue apparatus cannot leave to respond to a call until multiple LAFD personnel are on board. | 69.    Nida Decl., attached to City's Appendix, ¶ 11. |
| 70.    The rescue apparatus does not wait for the EMS Captain to respond to an emergency call. | 70.    Nida Decl., attached to City's Appendix, ¶ 11. |
| 71.    The primary job duty of EMS Captains is not to provide hands-on patient care at those calls. | 71.    Nida Dep., attached as **Exhibit 18** to City's Appendix at 55:24-56:2, 143:17-19; Chang Dep., attached as **Exhibit 23** to City's Appendix at 120:18-25, 121:9-18. |
| 72.    While there are circumstances when an EMS Captain provides | 72.    Lewis Dep., attached as **Exhibit 24** to City's Appendix at 134:1-3; Nida Dep., |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| direct patient aid or treatment, it is atypical and rare for EMS Captains to do so. | attached as **Exhibit 18** to City's Appendix at 55:24-56:2, Nida, 91:5-7; Chang Dep., attached as **Exhibit 23** to City's Appendix at 120:18-25. |
| 73.     Such direct patient care is only provided by EMS Captains in "extreme circumstances." | 73.     Nida Dep., attached as **Exhibit 18** to City's Appendix at 136:1-2. |
| 74.     An EMS Captain properly performing his duties "would not be rendering patient care when they should be ensuring that the incident is being managed." | 74.     Nida Dep., attached as **Exhibit 18** to City's Appendix at 136:8-10. |
| 75.     At a multi-casualty incident, EMS Captains do not necessarily provide direct patient care. | 75.     Chang Dep., attached as **Exhibit 23** to City's Appendix at 83:14-17. |
| 76.     In their capacity as a supervisor, EMS Captains complete performance evaluations for the paramedics in their battalion, and affix their signature to those evaluations. | 76.     Chang Dep., attached as **Exhibit 23** to City's Appendix at 132:17-22, 124:23-125:1; Smith Dep., attached as **Exhibit 22** to City's Appendix at 60:16-23, 62:6-8; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 123:19-21; Porter Dep., attached as **Exhibit 20** to City's Appendix at 36:12-14; Nida Decl., attached to City's Appendix, ¶ 16 and **Exhibits 13-16** thereto. |
| 77.     The evaluation consists of checking off boxes with specific ratings and a narrative portion. | 77.     Nida Dep., attached as **Exhibit 18** to City's Appendix at 129:1-12; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 124:2-3, 124:14-23; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 18:7-12; Chang Dep., attached as **Exhibit 23** to City's Appendix at 129:17-19. |
| 78.     Paramedics are rated on their medical care, and if the relevant Captain is not a paramedic, the EMS Captain completes that portion of the | 78.     Chang Dep., attached as **Exhibit 23** to City's Appendix at 149:20-150:5; Nida Dep., attached as **Exhibit 18** to City's Appendix at 119:8-12; Johnson Dep., |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| evaluation. | attached as **Exhibit 21** to City's Appendix at 106:18-20. |
| 79.    EMS Captains rate paramedics on their bedside manner, attitude, and general performance. | 79.    Chang Dep., attached as **Exhibit 23** to City's Appendix at 132:5-13; Porter Dep., attached as **Exhibit 20** to City's Appendix at 58:14-59:4. |
| 80.    EMS Captains complete approximately twenty evaluations annually and the evaluations are based on personal observations. | 80.    Chang Dep., attached as **Exhibit 23** to City's Appendix at 128:2-4; Porter Dep., attached as **Exhibit 20** to City's Appendix at 45:11-15, 150:1-14; Lewis Dep., attached as **Exhibit 24** to City's Appendix at126:8-17; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 22:18-21. |
| 81.    Typically, no other LAFD personnel make any changes to the ratings completed by the EMS Captains. | 81.    Chang Dep., attached as **Exhibit 23** to City's Appendix at 129:5-8; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 124:10-13. |
| 82.    EMS Captains have authority to recommend that Station Commanders change their rating, and station commanders do make changes based on input from EMS Captains. | 82.    Nida Dep., attached as **Exhibit 18** to City's Appendix at 127:4-13. |
| 83.    Providing training to paramedics is an important part of the EMS Captain job duties. | 83.    Nida Dep., attached as **Exhibit 18** to City's Appendix at 91:14-16; Nida Decl., attached to City's Appendix, ¶ 17; Porter Dep., attached as **Exhibit 20** to City's Appendix at 78:7-79:1; Nida Decl., attached to City's Appendix, ¶ 17 and **Exhibit 17** thereto. |
| 84.    EMS Captains conduct "train the trainer" trainings, where they receive training on particular skill or equipment and relay that to the paramedics in their battalion. | 84.    Chang Dep., attached as **Exhibit 23** to City's Appendix at 133:16-134:1, 134:13-17; Smith Dep., attached as **Exhibit 22** to City's Appendix at 57:1-12. |

15

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 85.    EMS Captains make recommendations to the station commander if they observe any particular issues that require training, and station commanders follow the EMS Captains' suggestions. | 85.    Chang Dep., attached as **Exhibit 23** to City's Appendix at 135:22-136:1; Nida Dep., attached as **Exhibit 18** to City's Appendix at 135:3-10. |
| 86.    If an EMS Captain observes a deficiency in the performance of a particular paramedic, he/she will make sure that the paramedic is placed on a plan for improvement. | 86.    Nida Dep., attached as **Exhibit 18** to City's Appendix at 134:17-21; Chang Dep., attached as **Exhibit 23** to City's Appendix at 136:18-20; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 35:4-13. |
| 87.    EMS Captains counsel paramedics upon noticing deficiencies in the paramedics' compliance with policies and procedures, and provide "teaching moments" in order to "educate" on improving patient care | 87.    Chang Dep., attached as **Exhibit 23** to City's Appendix at 136:10-18; Smith Dep., attached as **Exhibit 22** to City's Appendix at 52:16-53:19; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 60:2-10; Nida Decl., attached to City's Appendix, ¶ 13. |
| 88.    If a battalion chief asks an EMS Captain to provide particular training to a paramedic, the EMS Captain will provide the training. | 88.    Lewis Dep., attached as **Exhibit 24** to City's Appendix at 62:6-17. |
| 89.    EMS Captains conduct investigations and fact-finding into the conduct of paramedics upon receiving a complaint about patient care. | 89.    Nida Dep., attached as **Exhibit 18** to City's Appendix at 144:4-11; Chang Dep., attached as **Exhibit 23** to City's Appendix at 90:19-91:1; 91:13-20; Smith Dep., attached as **Exhibit 22** to City's Appendix at 66:20-67:3; Porter Dep., attached as **Exhibit 20** to City's Appendix at 119:18-23. |
| 90.    The investigation process includes conducting interviews and drafting a report | 90.    Nida Dep., attached as **Exhibit 18** to City's Appendix at 144:12-22; Chang Dep., attached as **Exhibit 23** to City's Appendix at 91:15-92:1. |
| 91.    EMS Captains use discretion | 91.    Chang Dep., attached as **Exhibit 23** |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

CITY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| and judgment to determine how to conduct investigations. | to City's Appendix at 158:5-18. |
| 92.   If a Fire Captain conducts an investigation, and does not have medical expertise, he or she will rely on EMS Captains to provide guidance on policies and procedures and whether they the paramedic violated them. | 92.   Chang Dep., attached as **Exhibit 23** to City's Appendix at 93:18-94:18; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 74:12-18; Porter Dep., attached as **Exhibit 20** to City's Appendix at 119:18-23. |
| 93.   Upon completing the fact-finding portion of the investigation, EM Captains draft a report describing the investigations and findings. | 93.   Nida Decl., attached to City's Appendix, ¶ 18. |
| 94.   LAFD personnel are required to complete electronic patient care records (ePCR) reports for each contact with a patient for purposes of documenting the interaction and keeping track of any medications used. | 94.   Nida Decl., attached to City's Appendix, ¶ 19. |
| 95.   Each day EMS Captains are required to review the ePCR reports, which are the medical and legal record of each patient encounter, to ensure they are completed properly, and must follow up with paramedics as needed. | 95.   Johnson Dep., attached as **Exhibit 21** to City's Appendix at 96:19-97:1; Porter Dep., attached as **Exhibit 20** to City's Appendix at 64:20-65:6; Smith Dep., attached as **Exhibit 22** to City's Appendix at 27:22-29:11; Nida Decl., attached to City's Appendix, ¶ 12 and **Exhibit 12** thereto. |
| 96.   EMS Captains counsel paramedics if their ePCR reports are overdue, and train them on the proper way to complete the forms. | 96.   Smith Dep., attached as **Exhibit 22** to City's Appendix at 37:18-38:24; Johnson Dep., attached as **Exhibit 21** to City's Appendix at 45:17-46:5; Porter Dep., attached as **Exhibit 20** to City's Appendix at 63:4-16. |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| 97.   EMS Captains are also required to "restock" medics in the field with narcotics to ensure that each rescue unit maintains the minimum levels of narcotics required by the Department of Health Services (DHS). | 97.   Nida Dep., attached as **Exhibit 18** to City's Appendix at 66:9-15, 68:9-15. |
| 98.   "Restocking" narcotics does not actually involve placing narcotics on the shelves of ambulances. | 98.   Chang Dep., attached as **Exhibit 23** to City's Appendix at 113:13-114:2; Nida Decl., attached to City's Appendix, ¶ 10. |
| 99.   EMS Captains hand narcotics to paramedics for each ambulance and ensure that the proper paperwork is complete. | 99.   Chang Dep., attached as **Exhibit 23** to City's Appendix at  113:19-114:2; Nida Decl., attached to City's Appendix, ¶ 10. |
| 100.   The LAFD relies on EMS Captains to restock narcotics because obtaining and distributing narcotics requires compliance with strict legal requirements and careful attention to proper completion of the paperwork. | 100.   Nida Dep., attached as **Exhibit 18** to City's Appendix at 67:24-68:7; Nida Decl., attached to City's Appendix, ¶ 10. |
| 101.   EMS Captains keep track of which apparatuses need additional narcotics by reviewing the ePCRs and other documentation. | 101.   Nida Dep., attached as **Exhibit 18** to City's Appendix at 66:16-67:1. |
| 102.   EMS Captains obtain narcotics from the hospital and transport them to the rescue apparatus that needs restocking. | 102.   Nida Dep., attached as **Exhibit 18** to City's Appendix at 68:1-4; Lewis Dep., attached as **Exhibit 24** to City's Appendix at 43:11-16; 94:23-95:10. |
| 103.   Once an EMS Captain meets up with the vehicle to hand over the narcotics and sign the required paperwork, the transaction takes five | 103.   Chang Dep., attached as **Exhibit 23** to City's Appendix at 113:3-114:4. |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| to ten minutes. | |
| 104.   In 2011, the City created a working group, comprised of LAFD command staff and legal counsel, to evaluate a variety of aspects of the LAFD's FLSA compliance. | 104.   Declaration of Orin Saunders ("Saunders Decl."), attached to City's Appendix, ¶ 3 and **Exhibit 2** thereto. |
| 105.   The working group had numerous, "extensive" meetings to discuss FLSA issues from 2011 through 2015. | 105.   Deposition of Orin Saunders ("Saunders Dep."), attached as **Exhibit 19** to City's Appendix at 42:17-20; Saunders Declaration, ¶ 4. |
| 106.   One of the issues the City examined beginning in 2011 was whether EMS Captains were properly classified as partially exempt from FLSA overtime requirements pursuant to 29 U.S.C. section 207(k). | 106.   Saunders Decl., attached to City's Appendix, ¶ 4. |
| 107.   The group determined that the EMS Captains did not qualify for the section 7(k) exemption. | 107.   Saunders Dep., attached as **Exhibit 19** to City's Appendix at  33:5-9; Saunders Decl., attached to City's Appendix, ¶ 4. |
| 108.   The group determined in consultation with legal counsel that the EMS Captains did likely qualify for the complete overtime exemption for highly compensated employees set forth in the FLSA regulations. (29 C.F.R. § 541.601.) | 108.   Saunders Dep., attached as **Exhibit 19** to City's Appendix at 79:17-80:1; Saunders Decl., attached to City's Appendix, ¶ 4. |
| 109.   Prior to and during the meetings, the LAFD provided legal counsel with the EMS Captain job description. | 109.   Saunders Dep., attached as **Exhibit 19** to City's Appendix at 23:5; Saunders Declaration, ¶ 5. |
| 110.   Legal counsel also discussed | 110.   Saunders Decl., attached to City's |

CITY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|
| that EMS Captains could not be exempt if they are first responders as defined by the FLSA. | Appendix, ¶ 5. |
| 111.   LAFD command staff and legal counsel analyzed the number of calls EMS Captains responded to and the type and frequency of those calls. | 111.   Saunders Dep., attached as **Exhibit 19** to City's Appendix at 45:4-15, 75:5-15; Saunders Decl., attached to City's Appendix, ¶ 5. |
| 112.   Legal counsel consulted with individuals of the command staff who had knowledge of the duties of an EMS Captain to learn about the daily tasks EMS Captains performed. | 112.   Saunders Dep., attached as **Exhibit 19** to City's Appendix at 23:6-15; Saunders, 82:13-24; Saunders Decl., attached to City's Appendix, ¶ 5. |
| 113.   The LAFD asked counsel to draft an opinion letter on a variety of FLSA issues, including further analysis on whether EMS Captains qualify as exempt under the FLSA. | 113.   Saunders Dep., attached as **Exhibit 19** to City's Appendix at 34:21-35:6; Saunders Decl., attached to City's Appendix, ¶ 7. |
| 114.   Counsel provided a first draft of the opinion letter on December 19, 2011. | 114.   Saunders Dep., attached as **Exhibit 19** to City's Appendix at 107:17-108:11; Saunders Decl., attached to City's Appendix, ¶ 7 and **Exhibit 4** thereto. |
| 115.   The LAFD provided feedback and additional information for the analysis, and as a result, the LAFD and counsel exchanged several drafts of the opinion letter. | 115.   Saunders Decl., attached to City's Appendix, ¶ 7 and **Exhibits, 5, 6, 7 and 8** thereto. |
| 116.   Although the opinion letter was never put into final form, after a thorough analysis of all of the relevant facts, the City concluded that EMS Captains qualified for the highly compensated exemption. | 116.   Saunders Dep., attached as **Exhibit 19** to City's Appendix at 146:2-16; Saunders Decl., attached to City's Appendix, ¶ 8. |

CITY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

## PROPOSED CONCLUSIONS OF LAW

Based on the foregoing uncontroverted facts, the Court should make the following conclusions of law:

1.      Plaintiffs are not entitled to additional overtime compensation because they are exempt from the Fair Labor Standards Act's ("FLSA") overtime requirements under the highly compensated employee exemption.  (29 C.F.R.§ 541.601.)

2.      Plaintiffs cannot establish that the City willfully violated the FLSA because there is no evidence showing that the City recklessly or intentionally refused to compensate them, and instead, took a proactive approach to FLSA compliance.  (29 U.S.C. § 255.)

3.      The City acted in good faith and had reasonable grounds for treating EMS Captains as exempt from the FLSA's overtime provisions.  (29 U.S.C. § 260.)

Dated: August 22, 2016                    LIEBERT CASSIDY WHITMORE

                                          By:  */s/   Brian P. Walter*
                                                Brian P. Walter
                                                Elizabeth T. Arce
                                                Joshua A. Goodman
                                                Attorneys for Defendant
                                                CITY OF LOS ANGELES

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

7861857.2 LO160-077

21

CITY'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW