JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES CARSON, et al., | Case No.: CV15-07057 JFW (KLSx) |
|---|---|
| Appellant, | Complaint Filed: September 4, 2015 |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, | |
| Defendant. | Trial Date: October 18, 2016<br>Final Pretrial Conf.: October 7, 2016 |

On September 22, 2016, the Court granted in part and denied in part Plaintiffs' Motion for Partial Summary Judgment, and granted in part and denied in part Defendant's Motion for Summary Judgment. (Docket Entry No. 77). The Court determined in its ruling that:

1. Plaintiffs prevailed on their claim against Defendant that they were not paid Fair Labor Standards Act (FLSA) overtime owed to them in violation of the FLSA.

2. Defendant prevailed on Plaintiff's claim that Defendant's violation of the FLSA was willful pursuant to 29 U.S.C. 255.

3. Defendant prevailed on its affirmative defense that it acted in good faith pursuant to 29 U.S.C. 260 and Plaintiffs are not entitled to an award of liquidated damages.

In conformity with that ruling and the parties' stipulation to damages,

IT IS HEREBY ORDERED AND ADJUDGED that:

Defendant shall pay Plaintiffs a total gross amount of **$413,826.33** in backpay and **$25,997.57** in pre-judgment interest for a total gross amount of **$439,823.90**. The gross amount of each Plaintiff's backpay amount and interest payment is set forth below.

| Plaintiff | Backpay | Interest | Total Award |
|---|---|---|---|
| James Carson | $33,138.17 | $2,248.56 | $35,386.73 |
| Anthony Castillo | $55,960.48 | $3,466.40 | $59,426.88 |
| Heywood Chang | $22,186.06 | $1,746.99 | $23,933.05 |
| Keith Douglass | $30,674.13 | $1,679.33 | $32,353.46 |
| Paul Gamez | $42,561.63 | $2,780.68 | $45,342.31 |
| L. Scott Gribbons | $5,527.53 | $224.05 | $5,751.58 |
| Thomas Johnson | $42,274.94 | $2,621.40 | $44,896.34 |
| Gerard Joya | $48,718.00 | $3,272.74 | $51,990.74 |
| Erick Lauridsen | $38,303.16 | $2,309.92 | $40,613.08 |
| Chris Lewis | $9,050.71 | $427.84 | $9,478.55 |
| Tobi Perkins | $31,871.66 | $1,941.41 | $33,813.07 |
| Todd Porter | $3,270.81 | $286.27 | $3,557.08 |
| Colin Smith | $12,117.80 | $546.38 | $12,664.18 |
| Brent Spankroy | $20,889.32 | $1,508.15 | $22,397.47 |
| Michael Tobey | $16,303.69 | $881.18 | $17,184.87 |
| Mary Zahyna | $978.24 | $56.27 | $1,034.51 |
| **TOTALS** | **$413,826.33** | **$25,997.57** | **$439,823.90** |

| | |
|---|---|
| 1 | |
| 2 | The amounts set forth above are exclusive of plaintiffs' attorneys' fees and costs which will be determined separately and in accordance with paragraphs 3 and 4 of the Court's September 26, 2016 Order. |

Dated:  October 4, 2016

                                          Honorable John F. Walter,
                                        Judge of the United States District Court, Central District